261 F.2d 833
 Edward KOSSMAN, Plaintiff-Appellant,
v.
Arthur S. FLEMMING, Secretary of Health, Education, & Welfare, Defendant-Appellee.
 No. 205.
 Docket 25044.
 United States Court of Appeals Second Circuit.
 Argued January 5, 1959.
 Decided January 5, 1959.
 
 Appeal from the United States District Court for Eastern District of New York; Walter Bruchhausen, Judge.
 Sidney Szerlip, Brooklyn, N. Y., for plaintiff-appellant.
 James M. Fitzsimons, Asst. U. S. Atty., New York City, Cornelius Wickersham, U. S. Atty., for Eastern District of New York, Brooklyn, N. Y., for defendant-appellee.
 Before CLARK, Chief Judge, HAND, Circuit Judge and GIBSON, District Judge.
 PER CURIAM.
 
 
 1
 Judgment affirmed in open court, D.C., 157 F.Supp. 157.